UNITED STATES DISTRICT COURT
MIDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY STORY,

    Plaintiff,

v.                                     CASE NO.:   8:10-CV-2204-T-23 MAP

LIGHTHOUSE RECOVERY
ASSOCIATES, LLC. AND SUSIE SCHERZI,

    Defendant(s).
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, ASHLEY STORY hereby provides notice of dismissal with prejudice of all claims by Plaintiff against LIGHTHOUSE RECOVERY ASSOCIATES, LLC. AND SUSIE SCHERZI, asserted in the above styled case and any and all other claims ASHLEY STORY may have against LIGHTHOUSE RECOVERY ASSOCIATES, LLC. AND SUSIE SCHERZI, Defendants herein, are hereby **DISMISSED** with prejudice and each party shall be responsible for its own attorney's fees and costs.

                                                                Respectfully submitted:

                                                                Christie D. Arkovich, Esq.
                                                                Florida Bar No.: 963690
                                                                Kristin A. Hersemann, Esq.
                                                                Florida Bar No.: 073826
                                                               CHRISTIE D. ARKOVICH, P.A.
                                                               1520 W. Cleveland Street
                                                                Tampa, Florida  33606
                                                              Telephone: (813) 258-2808
                                                              Facsimile: (813) 258-5911
                                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Annette M. Powell, Esq., Powell Law Office, P.C., P.O. Box 2393, Englewood, CO 80150-2393, this 14 day of December, 2010.

_____
Attorney