UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY STORY,

    Plaintiff,

v.                                                CASE NO.: 8:10-cv-2204-T-23MAP

LIGHTHOUSE RECOVERY ASSOCIATES,
LLC and SUSIE SCHERZI,

    Defendants.
_____/

## ORDER

The plaintiff dismisses with prejudice. (Doc. 6) In accord with the notice, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on December 16, 2010.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE